IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JULIA A. JENKINS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner,

    Defendant.

Civil Action No. 7:11-CV-92 (HL)

### ORDER

The Recommendation of United States Magistrate Judge Thomas Q. Langstaff is before the Court. (Doc. 13). Judge Langstaff recommends that the Commissioner's decision be affirmed pursuant to Sentence Four of § 405(g).

Plaintiff has filed objections to the Recommendation. She specifically contends (1) that the ALJ erred in finding her allegations of disability not entirely credible; and (2) that the ALJ improperly discounted the opinions of her treating neurosurgeon, Dr. Edward Mark.

Upon review, the Court finds that Plaintiff's objections are without merit. The Court accepts and adopts the Recommendation. The Commissioner's decision is affirmed pursuant to Sentence Four of § 405(g).

**SO ORDERED**, this the 25th day of February, 2013.

                     *s/ Hugh Lawson*
                     **HUGH LAWSON, SENIOR JUDGE**

mbh